



BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 2:11 mj -0030 GGH |
| Plaintiff, | **UNDER SEAL** |
| v | REQUEST TO SEAL DOCUMENTS AND [PROPOSED] ORDER SEALING DOCUMENTS |
| [SEALED], | |
| Defendant. | |

## R E Q U E S T   T O   S E A L

Pursuant to Local Rule 141(b), the United States of America, by and through Assistant U.S. Attorney Jason Hitt requests that this Honorable Court issue an Order sealing the attached Criminal Complaint and Arrest Warrants.

On February 1, 2011, DEA Special Agent Amie Anderson obtained the attached Criminal Complaint and Arrest Warrant against the defendants named in those documents. The Criminal Complaint contains an Affidavit that identifies a government cooperating source and two DEA Task Force Officers currently acting in an undercover capacity. The Complaint and Arrest Warrants also identify the targets of this investigation.

/ / /

The government believes that if Special Agent Anderson files the attached documents without a sealing order, the targets will become aware of their imminent arrests. In addition, DEA believes that the defendants and their associates in this case frequently use the Internet to check for information relating to newly-filed drug cases, criminal complaints, search warrants, and related documentation.

Accordingly, this motion is made because there is reason to believe that notification or disclosure of the attached Criminal Complaint and Arrest Warrant to the public will (1) endanger the life or safety of government agents and a confidential source who are involved in the investigation; (2) cause the subject to flee to avoid prosecution; and (3) seriously jeopardize the present investigation and possibly cause the subject to move his suspected illegal operations elsewhere.

For these reasons, the government moves to seal the attached Criminal Complaint and Arrest Warrant.

BENJAMIN B. WAGNER
United States Attorney

DATED: February 1, 2011

By /s/ JASON HITT
JASON HITT
Assistant U.S. Attorney