

SEALED                                                    FILED

1  BENJAMIN B. WAGNER
   United States Attorney                                 FEB 0 1 2011
2  JASON HITT
   Assistant U.S. Attorney                           CLERK, U.S. DISTRICT COURT
3  501 I St., Suite 10-100                          EASTERN DISTRICT OF CALIFORNIA
   Sacramento, California 95814                     BY _____
4  Telephone: (916) 554-2751                                   DEPUTY CLERK

5

6              IN THE UNITED STATES DISTRICT COURT

7             FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9                                    )    Case No. 2:11 mj-0030 GGH
10 UNITED STATES,                    )
                                     )
11           Plaintiff,              )        **UNDER SEAL**
                                     )
12      v                            )    REQUEST TO SEAL DOCUMENTS AND
                                     )    [PROPOSED] ORDER
13 [SEALED],                         )    SEALING DOCUMENTS
                                     )
14           Defendant.              )
                                     )
15

16              R E Q U E S T   T O   S E A L

17      Pursuant to Local Rule 141(b), the United States of America, by

18 and through Assistant U.S. Attorney Jason Hitt requests that this

19 Honorable Court issue an Order sealing the attached Criminal

20 Complaint and Arrest Warrants.

21      On February 1, 2011, DEA Special Agent Amie Anderson obtained

22 the attached Criminal Complaint and Arrest Warrant against the

23 defendants named in those documents. The Criminal Complaint contains

24 an Affidavit that identifies a government cooperating source and two

25 DEA Task Force Officers currently acting in an undercover capacity.

26 The Complaint and Arrest Warrants also identify the targets of this

27 investigation.

28 / / /

The government believes that if Special Agent Anderson files the attached documents without a sealing order, the targets will become aware of their imminent arrests. In addition, DEA believes that the defendants and their associates in this case frequently use the Internet to check for information relating to newly-filed drug cases, criminal complaints, search warrants, and related documentation.

Accordingly, this motion is made because there is reason to believe that notification or disclosure of the attached Criminal Complaint and Arrest Warrant to the public will (1) endanger the life or safety of government agents and a confidential source who are involved in the investigation; (2) cause the subject to flee to avoid prosecution; and (3) seriously jeopardize the present investigation and possibly cause the subject to move his suspected illegal operations elsewhere.

For these reasons, the government moves to seal the attached Criminal Complaint and Arrest Warrant.

BENJAMIN B. WAGNER
United States Attorney

DATED: February 1, 2011

By /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney