**FILED**

FEB 0 3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 2:11-mj-0030 GGH |
| ) | |
| Plaintiff, ) | |
| ) | ORDER UNSEALING CRIMINAL |
| v ) | COMPLAINT AND AFFIDAVIT IN |
| ) | SUPPORT OF THE CRIMINAL COMPLAINT |
| JASPREET DHADDA, and ) | |
| CHRISTOPHER TABOR, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 2:11-mj-0030 GGH be, and is, hereby ordered **UNSEALED**.

DATED: Feb 3, 2011                              /s/ Gregory G. Hollows
                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE