**FILED**

February 24, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                      )<br>                  Plaintiff,              )<br>v.                                                   )<br>                                                      )<br>JASPREET DHADDA,                     )<br>                                                      )<br>                  Defendant.          ) | Case No. 2:11CR00077-WBS-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   __JASPREET DHADDA__  , Case No. __2:11CR00077-WBS-1__ , Charge   __21USC § 846 & 841(a)(1)__  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ __150,000.00__

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

    ✔   (Other)   __Pretrial conditions as stated on the record.__

        Defendant to be released to the Effort Treatment Facility

Issued at __Sacramento, CA__ on __February 24, 2011__ at __10:33 am__ .

By   __/s/ Gregory G. Hollows__
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court