PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: JASPREET DHADDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-11-0077 WBS |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS HEARING |
| vs. ) | |
| JASPREET DHADDA, et al. ) | |
| Defendant. ) | |

Defendants: JASPREET DHADDA, through his attorney, PETER KMETO; CHRISTOPHER TABOR, through his attorney, MATTHEW SCOBLE; JAIME MAROTTE, through his attorney, MICHAEL BIGELOW;  and, the United States of America, through its counsel of record, JASON HITT, stipulate and agree to the following:

1. The presently scheduled date of June 6, 2011 for Status Hearing shall be vacated and said Hearing be rescheduled for July 11, at 8:30 a.m..

2. Defense counsel have been provided voluminous discovery and require the requested time period to review same and to, thereafter advise their clients. Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C. §3161(h)(7)(A) [Local Code T4] – additional time to adequately prepare for pretrial proceedings.

- 1 -

IT IS SO STIPULATED.

Dated: June 1, 2011              /s/ JASON HITT
                                 Assistant U.S. Attorney
                                 for the Government

Dated: June 1, 2011              /s/ PETER KMETO
                                 Attorney for Defendant
                                 JASPREET DHADDA

Dated: June 1, 2011              /s/ MATTHEW SCOBLE
                                 Attorney for Defendant
                                 CHRISTOPHER TABOR

Dated: June 1, 2011              /s/ MICHAEL BIGELOW
                                 Attorney for Defendant
                                 JAIME MAROTTE

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for STATUS HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule T-4 until July 11, 2011 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

DATED: June 1, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -