```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW M. SCOBLE, Bar #237432
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CHRISTOPHER TABOR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-11-077-WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED] ORDER;** |
|  | ) **CONTINUING STATUS CONFERENCE** |
|  | ) **AND EXCLUDING TIME** |
| JASPREET DHADDA, | ) |
| CHRISTOPHER TABOR, | ) Date: October 17, 2011 |
| JAIME MAROTTE, | ) Time: 8:30 a.m. |
|  | ) Judge: Hon. William B. Shubb |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and attorney PETER KMETO, Counsel for JASPREET DHADDA, and attorney MATTHEW SCOBLE, Counsel for CHRISTOPHER TABOR, and attorney MICHAEL BIGELOW, Counsel for JAIME MAROTTE that the status conference hearing date of August 22, 2011 be vacated, and the matter be set for status conference on October 17, 2011 at 8:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under

the Speedy Trial Act should be excluded from the date of signing of this order through and including October 17, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   August 16, 2011.                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender


                                             /s/ Matthew M. Scoble
                                             MATTHEW M. SCOBLE
                                             Assistant Federal Defender
                                             Attorney for CHRISTOPHER TABOR


DATED:   August 16, 2011.                    /s/ Peter Kmeto

                                             PETER KMETO
                                             Assistant for Defendant
                                             JASPREET DHADDA


DATED:   August 16, 2011.                    /s/ Michael Bigelow
                                             MICHAEL BIGELOW
                                             Assistant for Defendant
                                             JAIME MAROTTE


DATED:   August 16, 2011.                    BENJAMIN WAGNER
                                             United States Attorney


                                             /s/ Jason Hitt
                                             JASON HITT
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff




                                  ORDER

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

ordered that the August 22, 2011, status conference hearing be continued to October 17, 2011, at 8:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  It is ordered that time up to and including the October 17, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   August 16, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE