```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER TABOR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-077-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| JASPREET DHADDA, | ) | |
| CHRISTOPHER TABOR, | ) | Date:  December 12, 2011 |
| JAIME MAROTTE, | ) | Time:  9:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| Defendant. | | |
| _____ | | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and attorney PETER KMETO, Counsel for JASPREET DHADDA, and attorney MATTHEW SCOBLE, Counsel for CHRISTOPHER TABOR, and attorney MICHAEL BIGELOW, Counsel for JAIME MAROTTE that the status conference hearing date of October 17, 2011 be vacated, and the matter be set for status conference on December 12, 2011 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under

1 the Speedy Trial Act should be excluded from the date of signing of
2 this order through and including December 12, 2011 pursuant to 18
3 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local
4 Code T4 based upon continuity of counsel and defense preparation.

6 DATED:   October 12, 2011.                    Respectfully submitted,

7                                               DANIEL J. BRODERICK
                                                Federal Public Defender

10                                              /s/ Matthew M. Scoble
                                                MATTHEW M. SCOBLE
                                                Assistant Federal Defender
11                                              Attorney for CHRISTOPHER TABOR

13 DATED:   October 12, 2011.                   /s/ Matthew M. Scoble for
                                                PETER KMETO
14                                              Assistant for Defendant
                                                JASPREET DHADDA

16 DATED:   October 12, 2011.                   /s/ Matthew M. Scoble for
                                                MICHAEL BIGELOW
17                                              Assistant for Defendant
                                                JAIME MAROTTE

19 DATED:   October 12, 2011.                   BENJAMIN WAGNER
                                                United States Attorney

22                                              /s/ Matthew Scoble for
                                                JASON HITT
                                                Assistant U.S. Attorney
23                                              Attorney for Plaintiff

26                                  ORDER

27     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
28 ordered that the October 17, 2011, status conference hearing be

2

1  continued to December 12, 2011, at 9:30 a.m.  Based on the
2  representation of defense counsel and good cause appearing there from,
3  the Court hereby finds that the failure to grant a continuance in this
4  case would deny defense counsel reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence.  The
6  Court finds that the ends of justice to be served by granting a
7  continuance outweigh the best interests of the public and the
8  defendants in a speedy trial.  It is ordered that time up to and
9  including the December 12, 2011 status conference shall be excluded
10 from computation of time within which the trial of this matter must be
11 commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
12 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel
13 reasonable time to prepare.
14 Dated:   October 12, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE