DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER TABOR


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-077-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| JASPREET DHADDA, | ) | |
| CHRISTOPHER TABOR, | ) | Date:  January 9, 2012 |
| JAIME MAROTTE, | ) | Time:  9:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| Defendant. | | |

_____

     IT IS HEREBY STIPULATED by and between the parties hereto through

their respective counsel, JASON HITT, Assistant United States Attorney,

attorney for Plaintiff, and attorney PETER KMETO, Counsel for JASPREET

DHADDA, and attorney MATTHEW SCOBLE, Counsel for CHRISTOPHER TABOR, and

attorney MICHAEL BIGELOW, Counsel for JAIME MAROTTE that the status

conference hearing date of December 12, 2011 be vacated, and the matter

be set for status conference on January 9, 2012 at 9:30 a.m.

     The reason for this continuance is to allow defense counsel

additional time to review discovery with the defendants, to examine

possible defenses and to continue investigating the facts of the case.

     Based upon the foregoing, the parties agree that the time under

1   the Speedy Trial Act should be excluded from the date of signing of

2   this order through and including January 9, 2012 pursuant to 18 U.S.C.

3   §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

4   T4 based upon continuity of counsel and defense preparation.

5

6   DATED:   December 7, 2011.                 Respectfully submitted,

7                                             DANIEL J. BRODERICK
                                              Federal Public Defender

8

9
                                              /s/ Matthew M. Scoble
10                                            MATTHEW M. SCOBLE
                                              Assistant Federal Defender
11                                            Attorney for CHRISTOPHER TABOR

12

13  DATED:   December 7, 2011.                 /s/ Matthew M. Scoble for
                                              PETER KMETO
14                                            Assistant for Defendant
                                              JASPREET DHADDA

15

16  DATED:   December 7, 2011.                 /s/ Matthew M. Scoble for
                                              MICHAEL BIGELOW
17                                            Assistant for Defendant
                                              JAIME MAROTTE

18

19  DATED:   December 7, 2011.                 BENJAMIN WAGNER
                                              United States Attorney

20

21
                                              /s/ Matthew Scoble for
22                                            JASON HITT
                                              Assistant U.S. Attorney
23                                            Attorney for Plaintiff

24

25

26                                   ORDER

27       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

28  ordered that the December 12, 2011, status conference hearing be

                                     2

continued to January 9, 2012 at 9:30 a.m.  Based on the representation
of defense counsel and good cause appearing there from, the Court
hereby finds that the failure to grant a continuance in this case would
deny defense counsel reasonable time necessary for effective
preparation, taking into account the exercise of due diligence.  The
Court finds that the ends of justice to be served by granting a
continuance outweigh the best interests of the public and the
defendants in a speedy trial.  It is ordered that time up to and
including the January 9, 2012 status conference shall be excluded from
computation of time within which the trial of this matter must be
commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel
reasonable time to prepare.

Dated:  December 8, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE