DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER TABOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-11-077-WBS |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| JASPREET DHADDA, ) | |
| CHRISTOPHER TABOR, ) | Date: February 6, 2012 |
| JAIME MAROTTE, ) | Time: 9:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and attorney PETER KMETO, Counsel for JASPREET DHADDA, and attorney MATTHEW SCOBLE, Counsel for CHRISTOPHER TABOR, and attorney MICHAEL BIGELOW, Counsel for JAIME MAROTTE that the status conference hearing date of January 9, 2012 be vacated, and the matter be set for status conference on February 6, 2012 at 9:30 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

   Based upon the foregoing, the parties agree that the time under

the Speedy Trial Act should be excluded from the date of signing of this order through and including February 6, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   January 6, 2012.                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender

                                             /s/ Matthew M. Scoble
                                             MATTHEW M. SCOBLE
                                             Assistant Federal Defender
                                             Attorney for CHRISTOPHER TABOR

DATED:   January 6, 2012.                    /s/ Matthew M. Scoble for
                                             PETER KMETO
                                             Assistant for Defendant
                                             JASPREET DHADDA

DATED:   January 6, 2012.                    /s/ Matthew M. Scoble for
                                             MICHAEL BIGELOW
                                             Assistant for Defendant
                                             JAIME MAROTTE

DATED:   January 6, 2012.                    BENJAMIN WAGNER
                                             United States Attorney

                                             /s/ Matthew Scoble for
                                             JASON HITT
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 9, 2012, status conference hearing be

1 | continued to February 6, 2012 at 9:30 a.m.  Based on the representation
2 | of defense counsel and good cause appearing there from, the Court
3 | hereby finds that the failure to grant a continuance in this case would
4 | deny defense counsel reasonable time necessary for effective
5 | preparation, taking into account the exercise of due diligence.  The
6 | Court finds that the ends of justice to be served by granting a
7 | continuance outweigh the best interests of the public and the
8 | defendants in a speedy trial.  It is ordered that time up to and
9 | including the February 6, 2012 status conference shall be excluded from
10 | computation of time within which the trial of this matter must be
11 | commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
12 | 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel
13 | reasonable time to prepare.
14 | Dated:   January 9, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE