PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: JASPREET DHADDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-11-0077-01 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ~~PROPOSED~~ ORDER |
| ) | MODIFYING CONDITION |
| vs. ) | OF PRETRIAL RELEASE |
| ) | |
| ) | |
| JASPREET DHADDA, ) | |
| ) | |
| Defendant. ) | |

On or about February 24, 2011 Defendant, JASPREET DHADDA, was ordered as a condition of his pretrial release to participate in a residential treatment program through The Effort as well as be placed on an ankle monitor during the pendency of his pretrial release.  Defendant has successfully completed this program and continues in a variety of out-patient drug treatment programs with the guidance of Pretrial Services.  Defendant has also re-enrolled in his interrupted college education program.  Defendant has complied with his pretrial conditions to the extent that the parties are now in agreement that he be relieved of the requirement to be electronically monitored.

Therefore, Defendant JASPREET DHADDA, through his attorney, PETER KMETO and, the United States of America, through its counsel of record, JASON HITT, stipulate and agree that the Pretrial Release Conditions of Defendant,

- 1 -

JASPREET DHADDA, be modified to the extent that Defendant no longer be required to wear an electronic ankle monitor and be subject to electronic home supervision. Otherwise the previously imposed Conditions of Release are to continue to apply.

IT IS SO STIPULATED.

Dated:  February 1, 2012          /s/ JASON HITT
                                  Assistant U.S. Attorney
                                  for the Government

Dated:  February 1, 2012          /s/  PETER KMETO
                                  Attorney for Defendant
                                  JASPREET DHADDA

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that Defendant's Pretrial Release Conditions be modified as set forth above.

DATED: February 2, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE