1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CHRISTOPHER TABOR

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  NO. CR.S-11-077-WBS
                                    )
             Plaintiff,             )
12                                  )  **STIPULATION AND [PROPOSED] ORDER;**
        v.                          )  **CONTINUING STATUS CONFERENCE**
13                                  )        **AND EXCLUDING TIME**
   JASPREET DHADDA,                 )
14 CHRISTOPHER TABOR,               )  Date:  March 19, 2012
                                    )  Time:  9:30 a.m.
15           Defendant.             )  Judge: Hon. William B. Shubb
   _____

16

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, JASON HITT, Assistant United States Attorney,

19 attorney for Plaintiff, and attorney PETER KMETO, Counsel for JASPREET

20 DHADDA, and attorney MATTHEW SCOBLE, Counsel for CHRISTOPHER TABOR that

21 the status conference hearing date of February 6, 2012 be vacated, and

22 the matter be set for status conference on March 19, 2012 at 9:30 a.m.

23      The reason for this continuance is to allow defense counsel

24 additional time to review discovery with the defendants, to examine

25 possible defenses and to continue investigating the facts of the case.

26      Based upon the foregoing, the parties agree that the time under

27 the Speedy Trial Act should be excluded from the date of signing of

28 this order through and including March 19, 2012 pursuant to 18 U.S.C.

1  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

2  T4 based upon continuity of counsel and defense preparation.

3

4  DATED:   February 2, 2012.                    Respectfully submitted,

5                                                DANIEL J. BRODERICK
                                                 Federal Public Defender
6

7
                                                 /s/ Matthew M. Scoble
8                                                MATTHEW M. SCOBLE
                                                 Assistant Federal Defender
9                                                Attorney for CHRISTOPHER TABOR

10

11  DATED:   February 2, 2012.                   /s/ Matthew M. Scoble for
                                                 PETER KMETO
12                                               Assistant for Defendant
                                                 JASPREET DHADDA
13

14  DATED:   February 2, 2012.                   BENJAMIN WAGNER
                                                 United States Attorney
15

16
                                                 /s/ Matthew Scoble for
17                                               JASON HITT
                                                 Assistant U.S. Attorney
18                                               Attorney for Plaintiff

19

20

21                              ORDER

22      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

23  ordered that the February 6, 2012, status conference hearing be

24  continued to March 19, 2012 at 9:30 a.m.  Based on the representation

25  of defense counsel and good cause appearing there from, the Court

26  hereby finds that the failure to grant a continuance in this case would

27  deny defense counsel reasonable time necessary for effective

28  preparation, taking into account the exercise of due diligence.  The

2

1   Court finds that the ends of justice to be served by granting a

2   continuance outweigh the best interests of the public and the

3   defendants in a speedy trial.  It is ordered that time up to and

4   including the March 19, 2012 status conference shall be excluded from

5   computation of time within which the trial of this matter must be

6   commenced under the Speedy Trial Act pursuant to 18 U.S.C. §

7   3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel

8   reasonable time to prepare.

9   Dated:   February 2, 2012

10

11   _____
    WILLIAM B. SHUBB

12   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3