```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CHRISTOPHER TABOR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-11-077-WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| JASPREET DHADDA, ) | |
| CHRISTOPHER TABOR, ) | Date:  May 29, 2012 |
| ) | Time:  9:30 a.m. |
| Defendant. ) | Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and attorney PETER KMETO, Counsel for JASPREET DHADDA, and attorney MATTHEW SCOBLE, Counsel for CHRISTOPHER TABOR that the status conference hearing date of April 23, 2012 be vacated, and the matter be set for status conference on May 29, 2012 at 9:30 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including May 29, 2012 pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: April 19, 2012.                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender


                                          /s/ Matthew M. Scoble
                                          MATTHEW M. SCOBLE
                                          Assistant Federal Defender
                                          Attorney for CHRISTOPHER TABOR


DATED: April 19, 2012.                    /s/ Matthew M. Scoble for
                                          PETER KMETO
                                          Assistant for Defendant
                                          JASPREET DHADDA


DATED: April 19, 2012.                    BENJAMIN WAGNER
                                          United States Attorney


                                          /s/ Matthew Scoble for
                                          JASON HITT
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 23, 2012, status conference hearing be continued to May 29, 2012 at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the

ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  It is ordered that time up to and including the May 29, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  April 19, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3