1  PETER KMETO
   Attorney at Law
2  State Bar No. 78827
   1007 Seventh Street, Suite 100
3  Sacramento, CA 95814
   (916) 444-7420; FAX: (916) 441-6714
4
   Attorney for: JASPREET DHADDA
5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          )    No. CR-S-11-0077 WBS
                                      )
10              Plaintiff,            )    STIPULATION AND ORDER
                                      )    CONTINUING STATUS
11       vs.                          )    HEARING
                                      )
12 JASPREET DHADDA, et al.            )
                                      )
13              Defendant.            )
   _____)
14

15        Defendants: JASPREET DHADDA, through his attorney, PETER KMETO;

16 CHRISTOPHER TABOR, through his attorney MATTHEW SCOBLE ; and, the

17 United States of America, through its counsel of record, JASON HITT, stipulate and

18 agree to the following:

19        1. The presently scheduled date of May 29, 2012 for Status Hearing shall be

20        vacated and said Hearing be rescheduled for June 25, at 9:30 a.m..

21        2.  The parties have reached an accord as to the terms of a plea agreement,

22        however, counsel for the defense is not available on the currently scheduled date

23        due to his participation in a jury trial. Accordingly, the parties stipulate that time

24        be excluded pursuant to 18 U.S. C. §3161(h)(7)(A) [Local Code T4] –

25        continuity of defense counsel. The parties further stipulate that the interests

26        of justice outweigh the defendants' and the public's interest in a speedy trial.

27

28                                    - 1 -

1    IT IS SO STIPULATED.

2    Dated:   May 22, 2012              /s/ JASON HITT
3                                      Assistant U.S. Attorney
                                       for the Government
4
5    Dated:   May 22, 2012              /s/   PETER KMETO
6                                      Attorney for Defendant
                                       JASPREET DHADDA
7
8    Dated:   May 22, 2012              /s/ MATTHEW SCOBLE
                                       Attorney for Defendant
9                                      CHRISTOPHER TABOR

10

11

12                               ORDER

13          UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

14   ordered that the hearing for STATUS HEARING be continued as set forth above.

15          The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A)

16   and Local Rule T-4 until June 25, 2012 for continuity of defense counsel. The Court

17   further finds that the interests of justice outweigh the defendants' and the public's

18   interest in a speedy trial.

19

20

21

22   DATED: May 24, 2012

23

24   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

25

26

27

28                                 - 2 -