1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CHRISTOPHER TABOR
6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )  NO. CR.S-11-077-WBS
11                                   )
                   Plaintiff,        )
12                                   )  **STIPULATION AND [PROPOSED] ORDER;**
        v.                           )  **CONTINUING STATUS CONFERENCE**
13                                   )       **AND EXCLUDING TIME**
   JASPREET DHADDA,                  )
14 CHRISTOPHER TABOR,                )  Date: July 23, 2012
                                     )  Time: 9:30 a.m.
15                 Defendant.        )  Judge: Hon. William B. Shubb
   _____
16

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, JASON HITT, Assistant United States Attorney,

19 attorney for Plaintiff, and attorney PETER KMETO, Counsel for JASPREET

20 DHADDA, and attorney MATTHEW SCOBLE, Counsel for CHRISTOPHER TABOR that

21 the status conference hearing date of June 25, 2012 be vacated, and the

22 matter be set for status conference on July 23, 2012 at 9:30 a.m.

23      The reason for this continuance is to allow defense counsel

24 additional time to review discovery with the defendants, to examine

25 possible defenses and to continue investigating the facts of the case.

26      Based upon the foregoing, the parties agree that the time under

27 the Speedy Trial Act should be excluded from the date of signing of

28 this order through and including July 23, 2012 pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  June 21, 2012.                      Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender


                                            /s/ Matthew M. Scoble
                                            MATTHEW M. SCOBLE
                                            Assistant Federal Defender
                                            Attorney for CHRISTOPHER TABOR


DATED:  June 21, 2012.                      /s/ Matthew M. Scoble for
                                            PETER KMETO
                                            Assistant for Defendant
                                            JASPREET DHADDA


DATED:  June 21, 2012.                      BENJAMIN WAGNER
                                            United States Attorney


                                            /s/ Matthew Scoble for
                                            JASON HITT
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff


ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 25, 2012, status conference hearing be continued to July 23, 2012 at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the

1  ends of justice to be served by granting a continuance outweigh the
2  best interests of the public and the defendants in a speedy trial.  It
3  is ordered that time up to and including the July 23, 2012 status
4  conference shall be excluded from computation of time within which the
5  trial of this matter must be commenced under the Speedy Trial Act
6  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,
7  to allow defense counsel reasonable time to prepare.
8  Dated:  June 22, 2012

   _____
   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

3