# United States District Court
# Eastern District of California
Before the Honorable **WILLIAM B. SHUBB**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JASPREET DHADDA;**<br>T/N: Jaspreet Singh Dhadda | Time in Court: 0:20<br><br>**SENTENCING MINUTES**<br><br>CASE #: CR-S-11-077-01<br>DATE: 11/13/2012<br>Deputy Clerk: Karen Kirksey Smith<br>Court Reporter: Cathie Bodene |

**For the Government**
Jason Hitt, Asst. U.S. Attorney

**For the Defendant(s)**
Peter Kmeto, Retained

**Defendant:** [X] Present  [X] Out of Custody

- [X] **Judgment and Sentencing - Date of Plea or Finding of Guilty: 7/23/2012** to Counts 1 and 5 of the Indictment.

- [X] Imprisonment:  72 months as to each of Counts 1 and 5, to be served concurrently to each other, for a total term of 72 months.  [X] Surrender Date: 1/3/2012, before close of business

- [X] **Special Assessment**: $200 due immediately   [X] **Fine:** Waived

- [X] **Term of supervised release**: 36 months as to each of Counts 1 and 5, to be served concurrently to each other, for a total term of 36 months.

- [X] **Conditions of supervised release**: Refer to Judgment and Commitment order.

- [X] **Special Conditions**: Refer to Judgment and Commitment order.

- [X] Appeal Rights: [ ] Given   [X] **Waived**

- [X] **Recommendation**: The Court recommends that the defendant be incarcerated at the facility in Sheridan, Oregon or Taft, California, but only insofar as this recommendation accords with security classification and space availability. The Court also recommends that the defendant participate in the 500-Hour Bureau of Prisons Substance Abuse Treatment Program.

- [X] **Upon motion made by the Government, the Court dismisses:** Counts 2, 3 and 4.

- [ ]  Other: